THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
Brian K. Cline, State Bar No. 246747
Larry W. Chae, State Bar No. 268979
larrychae@bickellawfirm.com
750 B Street, Suite 1950
San Diego, California 92101
Telephone: (619) 374-4100
Facsimile: (619) 231-9040

JS-6

Attorneys for Plaintiff ROLAND BARSOUM and RONA BARSOUM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND BARSOUM and RONA BARSOUM,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, and DOE 1 through DOE 10 inclusive,<br><br>　　　　　Defendant(s), | Case No. CV 11-2093 PA (MANx)<br><br>[Action Commenced: March 11, 2011]<br><br>[~~PROPOSED~~] ORDER DISMISSING THE ACTION<br><br>Hon. Percy Anderson |

GOOD CAUSE APPEARING and pursuant to the parties' stipulation, it is hereby ORDERED that the instant action be DISMISSED WITH PREJUDICE.

Date: September  28 , 2011

_____
Honorable Percy Anderson

---